# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

American Sand Association; Off-Road Business Association; San Diego Off-Road Coalition; and American Motorcycle Association District 37

vs.

United States Fish and Wildlife Service; Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior

Case No. 3:08-cv-01034-H-JMA

**DECLARATION OF SERVICE**

Person Served:
Karen P. Hewitt

Date Served:
6/30/08

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
Summons; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief to Cure Violations of the Federal Endangered Species Act
in the following manner: (check one)

1) By personally delivering copies to the person served.

2) X By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, CA on 7/1, 2008.

Executed on 7/14, 2008 at San Diego, CA

[signature]

William Cox

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

United States Department of the Interior

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 6-30-08 |
| NAME OF SERVER William cox | TITLE Employee of a Registered process server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 101 W. Broadway 15th fl San Diego CA 92101 (via Substituted Service on Lori MacDonald)

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:

[ ] Return unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | | SERVICES | TOTAL $0.00 $90.80 |
|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 6/30/08

Date 7-14-08

Signature of Server

3500 Fifth avenue, #202

Address of Server San Diego CA 92103

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure