David P. Hubbard, Esq. (Bar No. 148660)
Gatzke Dillon & Ballance LLP
1525 Faraday Avenue, Suite 150
Carlsbad, CA 92008
Telephone: (760) 431-9501
Facsimile: (760) 431-9512

Attorneys for Plaintiffs American Sand Association,
San Diego Off-Road Coalition, Off-Road Business Association,
and American Motorcycle Association District 37

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN SAN ASSOCIATION, a non-profit corporation; OFF-ROAD BUSINESS ASSOCIATION, a non-profit corporation; SAN DIEGO OFF-ROAD COALITION, a non-profit corporation; and AMERICAN MOTORCYCLE ASSOCIATION DISTRICT 37, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERIVCE; DIRK KEMPTHORNE, SECRETARY OF THE INTERIOR; UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case No.: 08 CV 1034 H JMA<br><br>**PROOF OF SERVICE**<br><br>Magistrate Judge Jan M. Adler |

# PROOF OF SERVICE

I declare that I am employed with the law firm of Gatzke Dillon & Ballance LLP, whose address is 1525 Faraday Avenue, Suite 150, Carlsbad, California 92008. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on June 20, 2008, I served a copy of the following conformed document(s):

1) **SUMMONS;**
2) **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF TO CURE VIOLATIONS OF THE FEDERAL ENDANGERED SPECIES ACT; and**
3) **CIVIL COVER SHEET.**

☐ **BY FACSIMILE [Code Civ. Proc sec. 1013(e)]** by sending a true copy from Gatzke Dillon & Ballance LLP's facsimile transmission telephone number (760) 431-9512 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Gatzke Dillon & Ballance LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Gatzke Dillon & Ballance LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Gatzke Dillon & Ballance LLP for transmission.

☒ **BY U.S. MAIL [Code Civ. Proc sec. 1013(a)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Gatzke Dillon & Ballance LLP, 1525 Faraday Avenue, Suite 150, Carlsbad, CA 92008 in accordance with Gatzke Dillon & Ballance LLP's ordinary business practices.

I am readily familiar with Gatzke Dillon & Ballance LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Gatzke Dillon & Ballance LLP's business practice the document(s) described above will be deposited with the United States Postal Service for collection and mailing on the same date that it (they) is (are) placed at Gatzke Dillon & Ballance LLP with postage thereon fully pre-paid.

☐ **BY OVERNIGHT DELIVERY [Code Civ. Proc sec. 1013(d)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Golden State Overnight, at 1525 Faraday Avenue, Suite 150, Carlsbad, California 92008 in accordance with Gatzke Dillon & Ballance LLP's ordinary business practices.

I am readily familiar with Gatzke Dillon & Ballance LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course

of Gatzke Dillon & Ballance LLP's business practice the document(s) described above will be delivered to an authorized courier or driver authorized by Golden State Overnight to receive documents on the same date that it (they) is are placed at Gatzke Dillon & Ballance LLP for collection.

☐ **BY PERSONAL SERVICE [Code Civ. Proc sec. 1011]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at Gatzke Dillon & Ballance LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Gatzke Dillon & Ballance LLP's practice for the collection and processing of documents for hand-delivery and know that in the ordinary course of Gatzke Dillon & Ballance LLP's business practice the document(s) described above will be taken from Gatzke Dillon & Ballance LLP and hand-delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Gatzke Dillon & Ballance LLP.

☐ **BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6]** by electronically mailing a true and correct copy through Gatzke Dillon & Ballance LLP's electronic mail system to the e-mail address(s) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Michael B. Mukasey
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dirk Kempthorne
Secretary of the Interior
1849 C Street, NW
Washington, DC 20240

United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

H. Dale Hall, Director
U.S. Fish and Wildlife Service
1849 C Street N.W.
Washington D.C. 20240

U.S. Fish & Wildlife Service
Pacific Region
911 NE 11th Ave
Portland, Oregon

Secretary Carlos M. Gutierrez
U.S. Department of Commerce
1401 Constitution Avenue, NW
Washington, DC 20230

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Carlsbad, California on June 20, 2008

Rainee Fend