KAREN P. HEWITT
United States Attorney

THOMAS STAHL
Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
(619) 557-5610, ext. 7462

RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, MO Bar No. 43895
Assistant Chief
RICKEY D. TURNER, JR., CO Bar No. 38353
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0388 (tel)
(202) 305-0275 (fax)
lisa.russell@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN SAND ASSOCIATION, a non-profit corporation; OFF-ROAD BUSINESS ASSOCIATION, a non-profit corporation; SAN DIEGO OFF-ROAD COALITION, a non-profit corporation, AMERICAN MOTORCYCLE ASSICIATION DISTRICT 37, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, DIRK KEMPTHORNE, Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR<br><br>Defendants. | Case No. 3:08cv-1034-MLH-JMA<br><br>**FEDERAL DEFENDANTS' NOTICE OF APPEARANCE** |

The Court and counsel will please take notice that LISA LYNNE RUSSELL of the United States Department of Justice, hereby enters her appearance as counsel for the Defendants in the above-captioned action. Relevant address, telephone numbers, and contact information for Ms. Russell are as follows:

MAILING ADDRESS
Lisa Lynne Russell
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

OVERNIGHT DELIVERY/STREET ADDRESS
Lisa Lynne Russell
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
601 D Street, NW, Room 3033
Washington, D.C. 20004

TELEPHONE AND FAX NUMBERS
Telephone: (202) 305-0388
Facsimile: (202) 305-0275

ELECTRONIC CORRESPONDENCE:
lisa.russell@usdoj.gov

Dated: August 13, 2008

Respectfully submitted,

RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Chief

*s/ Lisa Lynne Russell*
LISA L. RUSSELL, MO Bar No. 43895
Assistant Chief
RICKEY DOYLE TURNER, JR., CO Bar No. 38353
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0388
Fax: (202) 305-0275
Email: lisa.russell@usdoj.gov

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I, Lisa Russell, hereby certify that on this 13th day of August 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served on the following by means of filing an electronic copy with the Court's electronic filing system:

DAVID P. HUBBARD
Gatzke, Dillon & Ballance, LLP
1525 Farady Avenue, Suite 150
Carslbad, CA 92008
760-431-9501 (phone)
760-431-9512 (fax)
dhubbard@gdandb.com

*s/ Lisa Lynne Russell*
Lisa Lynne Russell
lisa.russell@usdoj.gov