# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

AMERICAN SAND ASSOCIATION, a non-profit corporation; OFF-ROAD BUSINESS ASSOCIATION, a non-profit corporation; SAN DIEGO OFF-ROAD COALITION, a non-profit corporation; AMERICAN MOTORCYCLE ASSOCIATION DISTRICT 37, a non-profit corporation,

Plaintiffs,

vs.

UNITED STATES FISH AND WILDLIFE SERVICE; DIRK KEMPTHORNE, Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendants.

CASE NO. 08-CV-1034 H (JMA)

**ORDER SUBMITTING DEFENDANTS' MOTION TO DISMISS ON THE PAPERS**

On August 13, 2008, Defendants filed their motion to dismiss complaint of declaratory and injunctive relief (Doc. No. 8). Pursuant to Local Civil Rule 7.1(e)(2), any party opposing a motion must file an opposition or a statement of non-opposition no later than 14 calendar days before the hearing date. At this time, the Court has received no opposition from the Plaintiffs.

//

//

//

The Court will therefore exercise its discretion under Local Civil Rule 7.1(d)(1) to decide the motion without oral argument.

IT IS SO ORDERED.

DATED: September 4, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT